UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

REQUEST FOR JUDICIAL
ASSISTANCE FROM THE DISTRICT
COURT OF FRANKFURT, GERMANY

Case No. 6:19-mc-11-Orl-37GJK

_____

**ORDER**

On March 1, 2019, the United States of America filed an *Ex Parte* Application for Order Under 28 U.S.C. 1782(a) seeking the judicial appointment of Assistant United States Attorney E. Kenneth Stegeby in connection with Letters Rogatory issued by the District Court of Frankfurt, Germany. (Doc. 1 ("**Application**").)

On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Application. (Doc. 3, p. 5 ("**R&R**").) Specifically, Magistrate Judge Kelly found the 28 U.S.C. § 1782(a) requirements satisfied and that the Court should exercise its discretion and grant the Application. (*Id.* at 3–4.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 3) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Court **APPOINTS** Assistant United States Attorney E. Kenneth Stegeby as Commissioner for the purpose of issuing subpoenas, administering oaths, taking testimony or statements, and doing all else that may be necessary to execute the Letters Rogatory.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 26, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record